YOUNG/Arrested 09/15/2015

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
SEP 16 2015
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ___LW___ DEPUTY

United States of America
v.
Jason FLOWERS

Case No. MO:15-MJ-387

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/10/2015__ in the county of __Ector__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a) (1) and 21 U.S.C 841(b)(1)(C) | Jason FLOWERS did distribute a quantity of methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Justin Olberding-Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
Date: 9/16/15
City and state: Midland, Texas

_____
*Judge's signature*
David Counts-US Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Justin R. Olberding, having been duly sworn, depose and state: I am a Special Agent of the Drug Enforcement Administration (DEA) assigned to the Midland, Texas, Resident Office. As a DEA Special Agent, I am empowered by Title 21, Section 878 of the United States Code to effect arrests, searches, and seizures for violations of the federal narcotics laws. I have been a Special Agent of the DEA since December of 2010, during which time I have specialized in investigations involving narcotics trafficking. I have received specialized training on the subject of narcotics trafficking and money laundering from the DEA and have been personally involved in investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions.

Prior to my employment with the DEA as a Special Agent, I was employed by the Kansas Highway Patrol as a Trooper for approximately four years. Since July 2006, I have participated and supported numerous narcotic investigations involving the illegal manufacturing, possession, sale, distribution and importation of many different types of controlled substances. I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit and information summarized in reports I have reviewed. I have compiled information derived from numerous discussions with experienced law enforcement officers, including Special Agents of the DEA and other State and Local law enforcement agencies.

The following information is based upon your Affiant's personal knowledge as well as information provided by other federal, state and local officers and is presented as probable cause to charge the herein named subjects. Since this affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included each and every known fact regarding the instant investigation. More specifically, your Affiant has set forth only pertinent facts that your Affiant believes are necessary to establish probable cause.

The Midland Police Department (MPD) and DEA Midland Resident Office (MRO) are investigating methamphetamine distributors operating in West Texas. On September 10, 2015, a MPD Undercover (UC) Officer made cellular phone contact with Jason FLOWERS regarding the purchase of one (1) ounce of methamphetamine. FLOWERS advised the UC that he (FLOWERS) would have the one (1) ounce of methamphetamine and that the ounce would cost $1,000.00 United States Currency (USC). On September 10, 2015, the MPD UC conducted a meet with FLOWERS and purchased one (1) ounce of methamphetamine from FLOWERS for $1,000.00 USC. During the meet FLOWERS was provide the methamphetamine from an unidentified individual.

On September 15, 2015, MPD and MRO personnel observed FLOWERS at the Stripes Convenience store located at Yukon and Andrews Highway, Odessa, Texas. FLOWERS was the passenger in a 2013 white Dodge Journey that was parked on the north west

1

portion of the Stripes Convenience store. MRO personnel made contact with FLOWERS. MRO personnel detained FLOWERS and advised FLOWERS of his Miranda Warnings. FLOWERS consented to speak with Agents. The following is a summary of statements made by FLOWERS, not verbatim. FLOWERS stated that he sold an individual known to him as "Mark LNU" and identified as the MPD UC Officer one (1) ounce of methamphetamine on or about September 10, 2015. FLOWERS stated that he obtained the one (1) ounce of methamphetamine from an individual known to him as "Georgie LNU."

Based on these facts, your Affiant believes that probable cause exists to show that Jason FLOWERS did distribute a quantity of methamphetamine in violation of 21 U.S.C. 841 (a) (1) and 21 U.S.C 841(b)(1)(C).

_____
Justin R. Olberding
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED to before me on /16th/ this day of September, 2015.

_____
David Counts
United States Magistrate Judge
Western District of Texas