UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>JASON FLOWERS,<br><br>Defendant. | CRIMINAL NO.<br>INDICTMENT **MO15CR-219**<br><br>[Vio: 21 U.S.C. § 841(a)(1)-<br>Distribution of a<br>Controlled Substance] |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 841(a)(1)]

That on or about September 10, 2015, in the Western District of Texas, the Defendant,

JASON FLOWERS,

unlawfully, knowingly and intentionally distributed a controlled substance, which offense involved a quantity of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

**Original signed by the foreperson of the Grand Jury**

RICAHRD L. DURBIN, JR.
UNITED STATES ATTORNEY

BRANDI YOUNG
Assistant United States Attorney

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: September 23, 2015 | MAG CT #: 15-MJ-387 | FBI #: |
| CASE NO: MO-15-CR- 219 | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: JASON FLOWERS | | DOB: XXXXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP:   INTERPRETER NEEDED   LANGUAGE:

DEFENSE ATTORNEY:
STEVE HERSHBERGER

DEFENDANT IS: Detained

| | |
|---|---|
| DATE OF ARREST: September 10, 2015 | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description):   21 USC 841(a)(1) - Possession with intent to distribute a quantity of a quantity of methamphetamine.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: A term of imprisonment not to exceed 20 years; a 3 year minimum mandatory term of supervised release; a fine not to exceed $1 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
DEA - Justin Olberding

WDT-Cr-3